DISTRICT JUDGE RICHARD A. JONES
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| THOMAS MATTHEW GAUTHIER, | ) | No. CV18-492-RAJ-BAT |
| Petitioner, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 |
| v. | ) ) ) | |
| JEFFREY UTTECHT, | ) ) | |
| Respondent. | ) ) | |

THE COURT, having considered the unopposed motion to extend the deadline for filing a response to Respondent's answer to his petition for writ of habeas corpus under 28 U.S.C. § 2254, GRANTS the requested extension.

IT IS ORDERED that Petitioner's response is due by September 4, 2018.

DONE this 3rd day of July, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE
(*Thomas Gauthier*, CV18-492-RAJ-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Attorney for Thomas Gauthier

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE
(*Thomas Gauthier*, CV18-492-RAJ-BAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**