UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS MATTHEW GAUTHIER,<br><br>       Petitioner,<br><br>  v.<br><br>JEFFREY UTTECHT,<br><br>       Respondent. | CASE NO. C18-492-RAJ-BAT<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION TO RESPOND** |

The Court **GRANTS** petitioner's motion for an extension, Dkt. 20, and **ORDERS** petitioner's response to respondent's answer is due September 11, 2018.

DATED this 5th day of September, 2018.

             _____
             BRIAN A. TSUCHIDA
             United States Magistrate Judge