DISTRICT JUDGE RICHARD A. JONES
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS MATTHEW GAUTHIER,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY UTTECHT,<br><br>Respondent. | No. CV18-492-RAJ-BAT<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION |

THE COURT, having considered the unopposed motion to extend the deadline for filing objections to the Report and Recommendation (Dkt. 23), GRANTS the requested one-week extension.

IT IS ORDERED that Petitioner's objections are due by October 16, 2018.

DONE this 11 day of ~~October~~ FEB, 201~~8~~9.

~~BRIAN A. TSUCHIDA~~
~~CHIEF UNITED STATES MAGISTRATE JUDGE~~

Richard A. Jones
United States District Judge

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Thomas Gauthier

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE OBJECTIONS
(*Thomas Gauthier*, CV18-492-RAJ-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100