UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS MATTHEW GAUTHIER,

                Petitioner,

v.

JEFFREY UTTECHT,

                Respondent.

Case No. C18-492 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **dismissed with prejudice** and issuance of a Certificate of Appealability is denied.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 22nd day of February, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1